RICHARD T. BOWLES (#46234)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California  94596
Telephone:  (925) 935-3300
Facsimile:  (925) 935-0371
Email:  rbowles@bowlesverna.com

Attorneys for Defendant
Pro Iron and Metals, LLC

MICHELE R. STAFFORD (#172509)
ANNE M. BEVINGTON (#111320)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California 94104
Telephone:  (415) 822-7900
Facsimile:  (415) 882-9287
Email:  mstafford@sjlawcorp.com
Email:  abevington@sjlaw.corp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PRO IRON AND METALS, LLC, et al.,<br><br>    Defendants. | **CASE NO.:  C-15-00545DMR (KAW)**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PRE-SETTLEMENT SCHEDULING CONFERENCE; DECLARATION OF RICHARD T. BOWLES** |

IT IS HEREBY STIPULATED, pursuant to Local Civil Rules 6-2 and 7-12, jointly by the parties hereto through their respective counsel as follows:

**RECITALS**

1. WHEREAS, a Pre-Settlement Scheduling Conference is currently scheduled to take place in the above-entitled matter on February 11, 2016 at 1:30 p.m. before Magistrate Judge Kandis Westmore.

2. WHEREAS, counsel for the parties have agreed to continue the Conference to a mutually

1
STIPULATION AND [PROPOSED] ORDER CONTINUING PRE-SETTLEMENT SCHEDULING CONFERENCE
CASE NO. C-15-00545DMR (KAW)

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

available date.

3. WHEREAS, the trial is this matter is set for October 17, 2016, this request will not be detrimental to the case schedule.

**STIPULATION**

NOW THEREFORE, based on the foregoing Recitals, the parties to the above entitled matter jointly stipulate and agree, and jointly request that the Court continue the Pre-Settlement Scheduling Conference currently set for February 11, 2016 at 1:30 p.m. to March 24, 2016 at 1:30 p.m.

IT IS SO STIPULATED.

Dated: February 3, 2016                SALTZMAN & JOHNSON LAW CORPORATION

By: /s/
Anne M. Bevington
Attorneys for Plaintiffs

Dated: February 3, 2016                BOWLES & VERNA

By: /s/
Richard T. Bowles
Attorneys for Defendant
Pro Iron and Metals, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 2/5, 2015

KANDIS WESTMORE
United States Magistrate Judge

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

2
STIPULATION AND [PROPOSED] ORDER CONTINUING PRE-SETTLEMENT SCHEDULING CONFERENCE
**CASE NO. C-15-00545DMR (KAW)**